AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.

PAUL RAE

▰

*Defendant(s)*

)
)
)
)
)
)
)

Case: 1:21–mj–00330
Assigned To : Harvey, G. Michael
Assign. Date : 3/23/2021
Description: Complaint w/ Arrest Warrant

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ District of _____Columbia_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1512(c)(2) | Corruptly Obstruct, Influence, or Impede any Official Proceeding |
| 18 U.S.C.1752(a)(1)and(2) | Knowingly Enter and Remain in any Restricted Building or Grounds without Lawful Authority and Engage in Disorderly or Disruptive Conduct in any Restricted Buildings or Grounds. |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jesse P. Marotta, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: _____03/23/2021_____

_____
*Judge's signature*

City and state: _____Washington, D.C._____                G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*