AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| *Plaintiff* | ) |
| v. | ) |
| Paul Rae | ) |
| *Defendant* | ) |

Case No.   1:21-mj-00330

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant  Paul Rae

Date:     03/30/2021

*Attorney's signature*

John M. Pierce
*Printed name and bar number*

PIERCE BAINBRIDGE P.C.
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071

*Address*

jpierce@piercebainbridge.com
*E-mail address*

(818) 918-8328
*Telephone number*

*FAX number*