## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     -v-<br><br>PAUL RAE,<br><br>     Defendant. | Case No. 1:21-mj-00330 |

### MOTION FOR ADMISSION *PRO HAC VICE* OF JOHN M. PIERCE

Pursuant to Local Civil Rule 83.2(d), Robert L. Jenkins, Jr., a member of the bar of this Court and counsel for Defendant, hereby moves for the admission *pro hac vice* of John M. Pierce in the above-captioned case. In support of this motion, the undersigned states as follows:

1. I am a member in good standing of the Bar of this Court.

2. John M. Pierce is an attorney with Pierce Bainbridge P.C. and maintains his office at 355 S. Grand Avenue, 44th Floor, Los Angeles, CA 90071.

3. As set forth in the attached declaration, John M. Pierce is an active member in good standing of the state bar of California (250443).

4. John M. Pierce does not wish to be admitted generally, but for the purposes of this case only.

WHEREFORE, movant respectfully requests that the Court enter an order permitting John M. Pierce to appear *pro hac vice* in the above-captioned case.

Dated: March 30, 2021 /s/ Robert L. Jenkins, Jr.
Robert L. Jenkins Jr.
U.S. District Court Bar No.: CO0003
Bynum & Jenkins Law
1010 Cameron Street, Ste. 123
Alexandria, Va 22314
Tel: (703) 309-0899
rjenkins@bynumandjenkinslaw.com

*Attorneys for Defendant Paul Rae*

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 29, 2021, this motion and the accompanying declaration was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

/s/ Robert L. Jenkins, Jr.
Robert L. Jenkins Jr.