AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00330 |
|  | ) Assigned To : Harvey, G. Michael |
| PAUL RAE | ) Assign. Date : 3/23/2021 |
|  | ) Description: Complaint w/ Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  PAUL RAE,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1512(c)(2) - Corruptly Obstruct, Influence, or Impede any Official Proceeding
18 U.S.C.1752(a)(1)and(2) - Knowingly Enter and Remain in any Restricted Building or Grounds without Lawful Authority and Engage in Disorderly or Disruptive Conduct in any Restricted Buildings or Grounds

Date: 03/23/2021

*Issuing officer's signature*

Digitally signed by G. Michael Harvey
Date: 2021.03.23 13:39:35 -04'00'

City and state: Washington, D.C.

G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/23/2021, and the person was arrested on *(date)* 3/24/2021
at *(city and state)* Seminole, FL

Date: 3/24/2021

*Arresting officer's signature*

David A. Rye DUSM
*Printed name and title*