## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v.           )<br>           ) Case No.: 21-cr-00378 (TJK)<br>ARTHUR JACKMAN,           )<br>PAUL RAE,           )<br>EDWARD GEORGE, JR.,           )<br>KEVIN A. TUCK, and           )<br>NATHANIEL A. TUCK,           )<br>           )<br>         Defendants.           ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Michael J. Satin as independent conflicts counsel for Paul Rae in the above-captioned case. I have been appointed by the Court under the Criminal Justice Act.

August 5, 2022

Respectfully submitted,

*/s/ Michael J. Satin*
MICHAEL J. SATIN
DC Bar No. 480323
Miller & Chevalier Chartered
900 Sixteenth Street, NW
Black Lives Matter Plaza
Washington, DC 20006
Tel. (202) 626-6009
Fax. (202) 626-5801
Email: msatin@milchev.com

*Counsel for Defendant Paul Rae*

2782611.1