IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | )( |
| | )( |
| v. | )(   No.: 1:22-CR-00378 |
| | )( |
| PAUL RAE | )( |

**UNOPPOSED JOINT MOTION FOR SUBSTITUTION OF COUNSEL**

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

This Motion for Substitution of Counsel is brought by PAUL RAE, Defendant. Defendant requests the Court to substitute JAMES LEE BRIGHT, 3300 Oak Lawn Avenue, Suite 700, Dallas, Texas 75219, and PHILLIP A. LINDER, 3300 Oak Lawn Avenue, Suite 700, Dallas, Texas 75219, in place of JOHN PIERCE, 21550 Oxnard Street, Suite 3rd Floor OMB #172, Woodland Hills, CA 91367, who is currently attorney of record for PAUL RAE herein. JAMES LEE BRIGHT has informed JOHN PIERCE that he has been retained on the case. Defendant prays the Court grant the Motion for Substitution of Counsel.

Respectfully submitted,

| | |
|---|---|
| /s/ Phillip A. Linder | /s/ James Lee Bright |
| PHILLIP A. LINDER | JAMES LEE BRIGHT |
| Attorney at Law | Attorney at Law |
| State Bar No.: 12363560 | State Bar No.: 24001786 |
| 3300 Oak Lawn Avenue, Suite 700 | 3300 Oak Lawn Avenue, Suite 700 |
| Dallas, Texas 75219 | Dallas, Texas 75219 |
| Office: 214-643-8568 | Office: 214-720-7777 |
| Phillip@TheLinderFirm.com | Fax: 214-720-7778 |
| | JLBrightLaw@gmail.com |

## CERTIFICATE OF SERVICE

I, JAMES LEE BRIGHT, certify that on the _____ day of _____, 20____, a copy of the foregoing was delivered via electronic delivery to the United States Attorney's office for the District of Columbia via electronic filing.

/s/ Phillip A. Linder  /s/ James Lee Bright
PHILLIP A. LINDER    JAMES LEE BRIGHT

## CERTIFICATE OF CONFERENCE

On the 7th day of December, 2022, I certify that I conferred with Assistant United States Attorney, Nadia Moore, about the merits of this Motion and received his/her assurances that the Government is unopposed.

/s/ Phillip A. Linder  /s/ James Lee Bright
PHILLIP A. LINDER    JAMES LEE BRIGHT

On the 7th day of December, 2022, I certify that I conferred with Defendant's current Attorney, John Pierce, about the merits of this Motion and received his/her assurances that he/she is unopposed.

/s/ Phillip A. Linder  /s/ James Lee Bright
PHILLIP A. LINDER    JAMES LEE BRIGHT