IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )( | |
| )( | |
| v.   )( | No.: 1:22-CR-00378 |
| )( | |
| **PAUL RAE** )( | |

### ORDER ON JOINT MOTION FOR SUBSTITUTION OF COUNSEL

On this the _____ day of _____, 20____, the court considered the Motion for Substitution of Counsel of PAUL RAE, and orders JAMES LEE BRIGHT, 3300 Oak Lawn Avenue, Suite 700, Dallas, Texas 75219, and PHILLIP A. LINDER, 3300 Oak Lawn Avenue, Suite 700, Dallas, Texas 75219, in place of JOHN PIERCE, 21550 Oxnard Street, Suite 3rd Floor OMB #172, Woodland Hills, CA 91367.

SIGNED this the _____ day of _____, 20____.

_____
UNITED STATES DISTRICT JUDGE