# BARRETT | BRIGHT | LASSITER | LINDER | PEREZ | GRANT

**ATTORNEYS AT LAW**

| | | |
|---|---|---|
| Peter Barrett | 3300 Oak Lawn Avenue | *Paralegals* |
| James Lee Bright | Suite 700 | Shannon Ritacco |
| Mark Lassiter | Dallas, Texas 75219 | Heather Hunter |
| Phillip Linder | Office: 214-720-7777 | William Hall |
| Mark Perez | Fax: 214-720-7778 | Alexis Toscano |
| Deandra Grant | JLBrightLaw@Gmail.com | Elizabeth Herrera |
| | | Elisa Garcia |
| Roger Haynes | www.DFWCriminalLaw.com | Gabriela Narvaez |
| Sanjay Minocha | www.DallasFederalCrimes.com | |
| David Olivas | | *Of Counsel* |
| Britt Redden | | Rick Howard |
| Dennis Saumier | | Gary Redmon |
| Alexandra Cazares-Perez | | |

December 12, 2022

United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

## JOINT ENTRY OF APPEARANCE

**RE:**   <u>The Unites States of America v. Paul Rae</u>
         *Cause No(s).:* 1:21-cr-00378-TJK

To the United States District Clerk:

Please be advised that we have been retained to represent Mr. Rae in the above referenced matter. Please enter our names as Attorneys of Record, and direct any future communication regarding this matter to our attention. Your assistance is greatly appreciated. Should you have any questions, or require any further information from us, please do not hesitate to contact our office.

Sincerely,

/s/ Phillip A. Linder                              /s/ James Lee Bright
PHILLIP A. LINDER                                  JAMES LEE BRIGHT
Attorney at Law                                    Attorney at Law
State Bar No.: 12363560                            State Bar No.: 24001786
3300 Oak Lawn Avenue, Suite 700                    3300 Oak Lawn Avenue, Suite 700
Dallas, Texas 75219                                Dallas, Texas 75219
Office: 214-643-8568                               Office: 214-720-7777
Phillip@TheLinderFirm.com                          Fax: 214-720-7778
                                                   JLBrightLaw@gmail.com