**IN THE UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF COLUMBIA**
_____

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **No.: 1:21-CR-00378** |
| | § | |
| **PAUL RAE** | § | |

### <u>JOINT ENTRY OF APPEARANCE</u>

Please be advised that we have been retained to represent Mr. Rae in the above referenced matter. Please enter our names as Attorneys of Record and direct any future communication regarding this matter to our attention. Your assistance is greatly appreciated. Should you have any questions, or require any further information from us, please do not hesitate to contact our office.

We understand that it is our duty to continue to represent the above-named defendant in connection with all matters relating to this case, and in connection with all proceedings therein in this court, unless and until, after filed written motion, the undersigned are relieved by Order of the Court.

Sincerely,

_/s/ Phillip A. Linder_____
PHILLIP A. LINDER
Attorney at Law
State Bar No.: 12363560
3300 Oak Lawn Avenue, Suite 700
Dallas, Texas 75219
Office: 214-643-8568
Phillip@TheLinderFirm.com

_/s/ James Lee Bright_____
JAMES LEE BRIGHT
Attorney at Law
State Bar No.: 24001786
3300 Oak Lawn Avenue, Suite 700
Dallas, Texas 75219
Office: 214-720-7777
JLBrightLaw@gmail.com

**CERTIFICATE OF SERVICE**

I, JAMES LEE BRIGHT, certify that on the ___30th___ day of ___December___, 20 _22_, a copy of the foregoing was delivered via electronic delivery to the United States Attorney's office for the District of Columbia via electronic filing.

___/s/ Phillip A. Linder___                    ___/s/ James Lee Bright___
PHILLIP A. LINDER                    JAMES LEE BRIGHT

**CERTIFICATE OF CONFERENCE**

On the ___7th___ day of ___December___, 20 _22_, I certify that I conferred with Assistant United States Attorney, ___Nadia Moore___, about the merits of this Motion and received his/her assurances that the Government is unopposed.

___/s/ Phillip A. Linder___                    ___/s/ James Lee Bright___
PHILLIP A. LINDER                    JAMES LEE BRIGHT

On the ___7th___ day of ___December___, 20 _22_, I certify that I conferred with Defendant's current Attorney, ___John Pierce___, about the merits of this Motion and received his/her assurances that he/she is unopposed.

___/s/ Phillip A. Linder___                    ___/s/ James Lee Bright___
PHILLIP A. LINDER                    JAMES LEE BRIGHT