UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-CR-378 (TJK) |
| : | |
| ARTHUR JACKMAN, et al., : | |
| : | |
| : | |
| Defendants. : | |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule of Criminal Procedure 44.5(e), please notice the withdrawal of Nadia E. Moore as counsel for the United States in the above-captioned matter.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   */s/ Nadia E. Moore*
Nadia E. Moore, N.Y. Bar No. 4826566
   On Detail to the District of Columbia
Assistant United States Attorney
271 Cadman Plaza East
Brooklyn, New York 11201
(718) 254-6362
Nadia.Moore@usdoj.gov