### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **CAUSE NO.: 1:21-CR-378** |
| | § | |
| **PAUL RAE** | § | |

### JOINT MOTION TO WITHDRAW

**TO THE HONORABLE JUDGE OF SAID COURT:**

COME NOW, PHILLIP A. LINDER and JAMES LEE BRIGHT, Attorneys of Record for Paul Rae and respectfully request leave of the Court to withdraw as counsel for Defendant, and in support would respectfully show thereof:

#### I.

Attorneys, Phillip Linder and James Lee Bright, were hired to represent Paul Rae in his criminal case in Federal District Court in December 2022. Defendant has breached the contractual agreement for fees for services rendered by Defendant's counsel in connection with this case. In addition, Counsel for Defendant and defendant have been unable to effectively communicate regarding his pending criminal case. Defendant has failed to return any of the emails, texts or phone calls made by Phillip Linder and James Lee Bright in almost two months.

#### II.

Counsel has notified the Defendant of their intent to withdraw via email. The Defendant has not responded to any emails, calls, or text from our offices.

WHEREFORE, PREMISES CONSIDERED, Defendant's counsel prays that this Honorable Court allow his withdrawal, and that present counsel be released from further obligation or duty to the Defendant as Attorneys of Record and that this court appoint the Public Defender's Office to represent him going forward.

RESPECTFULLY SUBMITTED,

  s// Phillip A. Linder
PHILLIP A. LINDER
ATTORNEY FOR DEFENDANT

3300 OAK LAWN AVENUE, SUITE 700
DALLAS, TEXAS 75219
STATE BAR #12363560
OFFICE: (214) 252-9900
FAX: (214) 252-9902
EMAIL: PHILLIP@THELINDERFIRM.COM

    /S/ JAMES LEE BRIGHT
JAMES LEE BRIGHT

3300 OAK LAWN AVENUE, SUITE 700
DALLAS, TEXAS 75219
TEL: (214) 720-7777
FAX: (214) 720-7778
JLBRIGHTLAW@GMAIL.COM
TEXAS BAR NO : 24001786

## CERTIFICATE OF CONFERENCE

I, Phillip Linder, hereby certify that on August 16, 2023, I conferred with AUSA, Jason McCullogh, on the above-referenced Motion to Withdraw and he indicated he objected to this Motion to Withdraw unless and until replacement counsel enters an appearance.

  s// Phillip A. Linder
PHILLIP A. LINDER

## CERTIFICATE OF SERVICE

On this 17th day of August 2023, a true and correct copy of the foregoing Motion to Withdraw was delivered to Jason McCullogh, Assistant United States Attorney, via ECF.

  s// Phillip A. Linder
PHILLIP A. LINDER