UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | : |
| v. | : Case No. 1:21-CR-00378 (TJK) |
| Paul Rae, | : |
| Defendant. | : |

### CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL

Notice is hereby given that, subject to approval by the court, Defendant Paul Rae, substitutes Samuel C. Moore, District of Columbia Bar No. 1015060, as counsel of record in place of Phillip A. Linder and James Lee Bright.

Contact information for new counsel is as follows:

Moore, Christoff & Siddiqui, PLLC
526 King St., Suite 506
Alexandria, VA 22314
Email: scmoore@moorechristoff.com
Phone: 703-535-7809

Defendant Paul Rae consents to the above substitution:

_____
Paul Rae
*Defendant*

Attorneys Phillip A. Linder and James Lee Bright consent to being substituted:

/s/ Phillip A. Linder
_____
Phillip A. Linder
*Attorney for Defendant*

/s/ James Lee Bright
_____
James Lee Bright
*Attorney for Defendant*

Sam Moore and Moore, Christoff & Siddiqui, PLLC, consent to this substitution:

_____
Sam Moore
*Attorney for Defendant*

The substitution is hereby approved and so ORDERED.

ENTERED THIS ___ day of August, 2023

_____
Timothy J. Kelly
United States District Court Judge

2