UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARTHUR JACKMAN *et al.*,<br><br>    *Defendants*. | Criminal Action No. 21-378 (TJK) |

## SCHEDULING ORDER

As discussed on the record with the parties today, it is hereby **ORDERED** that:

1. By **February 16, 2024**, Defendants shall file any dispositive motions or motions to to dismiss, to include any motions alleging a defect in instituting the prosecution or a defect in the indictment under Federal Rule of Criminal Procedure 12(b)(3)(A) and (B), oppositions to the motions shall be filed by **March 8, 2024**, and replies shall be filed by **March 22, 2024;**

2. By **May 3, 2024**, (a) The government shall notify Defendants of its intention, if any, to introduce any evidence under Federal Rule of Evidence 404(b); and (b) Defendants shall notify the government of their intention, if any, to assert any of the defenses outlined in Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3;

3. By **May 3, 2024**, each party shall disclose to opposing counsel the names of experts with a written summary of any testimony that the party intends to use under Federal Rules of Evidence 702, 703, or 705;

4. **By July 1, 2024**, the parties shall file any other pretrial motions, including motions *in limine*; oppositions to the motions shall be filed by **July 22, 2024**, and replies shall be filed by **August 5, 2024**;

5. By **August 21, 2024**, the parties shall file on the docket and submit to chambers, in

Microsoft Word format at Kelly_Chambers@dcd.uscourts.gov, a Joint Pretrial Statement, which shall include the information set forth in Attachment A to this Order;

      6.  On **August 28, 2024**, at 9:30 a.m. the parties shall appear for a motions hearing and pretrial conference in a courtroom to be determined; and

      7.  Jury selection and trial shall begin on **September 9, 2024** at 9:00 a.m.

      **SO ORDERED.**

                                    /s/ Timothy J. Kelly
                                    TIMOTHY J. KELLY
                                    United States District Judge

Date: October 18, 2023

<u>Attachment A</u>

The Joint Pretrial Statement shall include the following:

a. <u>A one-paragraph joint statement</u> of the case for the Court to read to prospective jurors;

b. <u>Proposed *voir dire* questions</u> that include:
   i. The *voir dire* questions on which the parties agree; and
   ii. The *voir dire* questions in which the parties disagree, with specific objections noted below each disputed question and supporting legal authority (if any);

c. <u>Proposed jury instructions</u>, which are formatted so that each instruction begins on a new page, and indicate:
   i. The instructions to which the parties agree;
   ii. The instructions to which the parties disagree, with specific objections noted below each disputed instruction and supporting legal authority (if any); and
   iii. The proposed instruction's source (e.g., the Red Book, Matthew Bender's Federal Jury Instructions), or, for modified or new instructions, its supporting legal authority;

d. <u>A list of expert witnesses</u>, accompanied by a brief description of each witness's area of expertise and expected testimony, followed by specific objections (if any) to each witness;

e. <u>A list of prior convictions</u> that the government intends to use for impeachment or any other purpose, followed by specific objections (if any) to that use;

f. <u>A list of exhibits</u> that the government intends to offer during trial, with a brief description of each exhibit;

g. <u>Any stipulations</u> executed or anticipated to be executed;

h. <u>A list of lesser included offenses</u> for which any party may seek a jury instruction; and

i. <u>A proposed verdict form</u> that includes a date and signature line for the jury foreperson, as well as proposed special interrogatories (if any).