UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-CR-378 (TJK) |
| | : | |
| ARTHUR JACKMAN, et al., | : | |
| | : | |
| Defendants. | : | |

**GOVERNMENT'S STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits this status report in response to the Court's July 2, 2024 Minute Order, as well as the Court's May 7, 2024 Minute Order.[1] In its July 2 order, the Court directed the government to respond to defendant Kevin and Nathaniel Tuck's supplement to their motion to dismiss the 18 U.S.C. § 1512(c)(2) charge (Count One), and to address whether the government plans to proceed with Count One in light of the Supreme Court's decision in *Fischer v. United States*, 603 U.S. ___, 2024 WL 3208034 (June 28, 2024).

*Fischer* did not reject the application of § 1512(c)(2) to January 6 prosecutions. Rather, the Supreme Court explained that the government must establish that the defendant impaired the availability or integrity for use in an official proceeding of records, documents, objects, or other things used in the proceeding – such as witness testimony or intangible information – or attempted to do so. *Id.* at 9, 16. The Supreme Court remanded the case to the D.C. Circuit for further proceedings. *Id.*

---

[1] The Court's May 7 order adopted the parties' proposal from their May 3, 2024 Joint Status Report, ECF No. 179, that the parties submit an additional joint status report on or before July 15, 2024. The government understands the Court's more specific July 2 order, as well as the more recent motions practice that could impact the trial date, *see* ECF Nos. 184-186, to supersede the May 7 order setting a deadline for a joint status report.

The government is still evaluating *Fischer*'s impact on its January 6 prosecutions. Nonetheless, in the interest of maintaining the current September 9 trial date in this matter, and without waiving any arguments in response to the Tucks' supplement, the government does not plan to proceed to trial on Count One in this case.

The government notified defendants of its position on July 9.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
DC BAR NO. 481052

By:   /s/ *Alexis J. Loeb*
JASON B.A. MCCULLOUGH
DC Bar No. 998006; NY Bar No. 4544953
ALEXIS J. LOEB
CA Bar No. 269895
MONIKA (ISIA) JASIEWICZ
DC Bar No. 1024941
Assistant United States Attorneys
601 D Street NW
Washington, DC 20530
(202) 252-7233
jason.mccullough2@usdoj.gov