**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No.: 21-cr-378-TJK-2** |
| | : | |
| **v.** | : | **18 U.S.C. § 231(a)(3)** |
| | : | **18 U.S.C. § 1752(a)(1)** |
| **PAUL RAE,** | : | |
| | : | |
| **Defendant.** | : | |

**STATEMENT OF OFFENSE**

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Paul Rae, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

***The Attack at the U.S. Capitol on January 6, 2021***

1.      The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2.      On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public. The grounds around the Capitol were posted and cordoned off, and the entire area as well as the Capitol building itself were restricted as that term is used in Title 18, United States Code, Section 1752, due to the fact that the Vice President and the immediate family of the Vice President, among others, would be visiting the Capitol complex that day.

3.      On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives

and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. This joint session of Congress was an official proceeding as that term is used in Title 18, United States Code, Section 1512. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.      As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside. By shortly after 1:00 p.m., the situation at the Capitol had become a civil disorder as that term is used in Title 18, United States Code, Section 231, and throughout the rest of the afternoon the civil disorder obstructed the Secret Service's ability to perform the federally protected function of protecting Vice President Pence.

5.      At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6.      At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7.      Shortly thereafter, at approximately 2:20 p.m., members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

8.      The attack at the U.S. Capitol adversely affected the United States Secret Service, which was protecting Vice President Michael Pence.  It also affected commerce within the District of Columbia. For example, it affected the sales of Safeway grocery stores within the District of Columbia, whose products also travel in interstate commerce before being sold in the District. D.C. Mayor Muriel Bowser imposed a 6 p.m. curfew on January 6 in response to the riot, and

Safeway stores in the District of Columbia closed at 4 p.m. (instead of 11 p.m.) as a result, resulting in lost sales.

9.      The attack at the U.S. Capitol was a "civil disorder" as defined in 18 U.S.C. § 232(1).

### *Paul Rae and the Proud Boys*

10.     Paul Rae is a 41-year-old resident of the state of Florida. As of January 6, 2021, Rae was the President of the "Trigger City" chapter of the Proud Boys, which was based in the Tampa, Florida area.

11.     The Proud Boys describes itself as a "pro-Western fraternal organization for men who refuse to apologize for creating the modern world; aka Western Chauvinists." Proud Boys members routinely attend rallies, protests, and other events, some of which have resulted in violence involving members of the group. There is an initiation process for new members of the Proud Boys, and members often wear black and yellow polo shirts or other apparel adorned with Proud Boys logos and slogans to public events.

12.     Through at least January 6, 2021, Enrique Tarrio was the national chairman of the Proud Boys organization. Throughout the United States, there are local Proud Boys chapters, which are typically led by chapter "presidents." Each chapter has a degree of autonomy insofar as the president of a local chapter governs that chapter in its geographic location.

### *Rae's Plans to Travel to Washington, D.C. on January 6*

13.     On December 19, 2020, former President Trump announced plans for a Stop the Steal protest event in Washington, D.C., on January 6, 2021, which date coincided with Congress's Certification of the Electoral College vote. Tarrio and a handful of other members of the Proud Boys created a new chapter for the Proud Boys that would consist of members from across the

country. The new chapter was referred to as the Ministry of Self Defense or MOSD ("MOSD").
Tarrio described the MOSD as a "national rally planning" chapter that would include only "hand
selected members."

14.     On December 27, 2020, Rae was invited to join the MOSD by Tarrio.

15.     Leaders and members of the MOSD began to discuss plans to travel to Washington,
D.C. on January 6, 2021. In messages exchanged among members of the MOSD on Telegram,
members discussed the potential for violence at the Capitol on January 6.

16.     On January 3, 2021, the following exchange took place in the "Ministry of Self-
Defense – MAIN":

Gabriel PB:     1776 flag flying over the White House last night.

The Vidivic:     ?

John Rackham: Gonna be war soon ……

Gabriel PB:     Yes Sir time to stack those bodies in from of Capitol Hill

[…]

E-Geezy
[Edward George, Jr]:



[…]

BrotherHunter
Jack Phillips:     Also this 👆.  So are the normies and "other" attendees going to push thru police
lines and storm the capitol buildings?  A few million vs A few hundred coptifa
should be enough.  I saw a few normie groups rush through police lines on the
12th.

Deplorable51:   cue the music…….."let the bodies hit the floor let the bodies hit the floor 🎵"

17.     Later on January 3, 2021, a different MOSD member posted a video message in which he remarked that the people effecting the stolen election had been "caught" and that by persisting, they were "gonna make the whole country stand up and fuckin' do bad things to bad people."

18.     On January 4, 2021, members of the MOSD exchanged additional messages that discussed attacking the Capitol on January 6, 2021. One MOSD member posted, "what would they do [if] 1 million patriots stormed and took the capital building. Shoot into the crowd? I think not." In response, one of the leaders of the MOSD wrote, "They would do nothing because they can do nothing."

19.     On January 4, 2021, Rae posted to the MOSD group chat[1]: "I think we need to talk to all of our chapters on the ground about all of our guys carrying a medical emergency card with the info I posted. Everyone should have this info in one of your back pockets. Let all of your brothers know on the ground. Medics on the ground will be looking for this card if you are unconscious or disoriented. Dr. S 👍 " Rae also posted about communications equipment for use on January 6: "I have a BaoFeng and can use some help programming it tonight if you can help with that."

20.     On January 5, 2021, MOSD leader Joe Biggs sent a Telegram chat to a group called "Boots on the Ground" that said: "Just trying to get our numbers.  So we can plan accordingly for tonight and go over tomorrow's plan."  Approximately 14 minutes later, when asked where he was, Biggs stated: "At Paul raes place now."

---

[1] Rae used a Telegram account with ID# 792631195.

21.     Rae was with Nordean and Biggs at a gathering of Proud Boys in a rented home in Washington, D.C. on the evening of January 5. Rae understood that Congress was meeting the next day to certify the electoral vote, Rae understood that Vice President Pence would be at the Capitol on January 6.

22.     Messages were subsequently posted on Telegram that advised Proud Boys in Washington, D.C. to meet at the Washington Monument at 10 a.m. on January 6. Participants in the MOSD Telegram group were told that "[Ethan Nordean] is in charge, cops are the primary threat, don't get caught by them or BLM, don't get drunk until off the street." Members were told not to wear Proud Boys colors and instead to "[c]ome out [] as patriot!"

### Rae's Participation in the January 6, 2021 Capitol Riot

23.     Rae and Nordean stayed together with a handful of other individuals at the rented home in Washington, D.C. on the evening of January 5.

24.     On the morning of January 6, 2021, Rae and Nordean traveled to the National Mall together and met a group of approximately one hundred Proud Boys members near the Washington Monument shortly after 10 a.m.  As instructed, Rae did not wear any Proud Boys colors. Rae wore a dark grey jacket and a black trucker-style hat with cream-colored mesh sides.

25.     Shortly after 10 a.m., Proud Boys Ethan Nordean and Joseph Biggs marched the group away from the rally that was taking place near the Washington Monument. Nordean announced to the group that they were going to march to the Capitol. The group began marching east toward the Capitol.

26.     As the group marched toward the Capitol, Nordean and Biggs addressed the men, including Rae, through a megaphone—telling them that in their view the police and government had failed them. As the group walked past the west side of the Capitol at approximately 11:20

a.m.—more than an hour prior to the initial breach—Nordean announced, "We represent the spirit of 1776. If you haven't noticed, real men are here. We know what the oath is [unintelligible] to support and defend the Constitution . . . Let us remind those who have forgotten what that means."

27.     A few minutes later, as the group marched past U.S. Capitol Police officers at approximately 11:28 a.m., Biggs gave the group of officers the middle finger, and the men marching with Biggs taunted them, yelling "treason," and warning the officers, "don't make us go against you."

28.     The marching group, including Rae, continued to the east side of the Capitol. As the group stood on the east side of the Capitol, a Proud Boys member named Daniel Lyons Scott yelled out, "let's take the fucking Capitol." Scott was chastised and told not to "say" that.

29.     Shortly before noon, Nordean and Biggs led the men, including Rae, back to the west side of the Capitol to a group of food trucks located at approximately 2nd Street and Constitution Avenue NW, arriving at approximately 12:10 p.m. There the group stopped and waited for approximately thirty minutes. At approximately 12:45 p.m., fifteen minutes before the certification of the Electoral College vote was scheduled to start, Nordean mustered the men, including Rae, into a column and marched them back towards the Capitol.

30.     Rae and the marching group arrived at the Peace Circle, at the edge of the restricted portion of Capitol grounds, at approximately 12:50 p.m. Prior to their arrival, the Peace Circle was uncrowded and relatively peaceful. The First Street pedestrian entrance to the Capitol, which was approximately 100 feet away, was guarded by a handful of Capitol Police officers. Prominent signs posted on metal barriers at the pedestrian entrance and other locations stated, "AREA CLOSED By order of the United States Capitol Police Board."

31.     Upon arriving at the Peace Circle, Biggs led the crowd in chants that included "USA!," "Where's Antifa", and "Whose Capitol? Our Capitol!"

32.     At 12:53 p.m., approximately one minute after Biggs led the "Whose Capitol? Our Capitol!" chant, the crowd surged forward towards a police barricade. The crowd, including many of the Proud Boys that Rae had marched with, quickly overwhelmed the line of officers at the barricades. The crowd trampled the barricades and advanced toward the Capitol building.

33.     At approximately 12:54 p.m., after moving past the trampled police barricades, Rae ran up the Pennsylvania walkway on the restricted grounds of the Capitol.



34.     Law enforcement officers retreated from the gates near the Peace Monument and attempted to form a police line to stop the rioters from advancing to the building. Rae was among

the first to arrive at the next police line. Rae was surrounded by other Proud Boys from Florida,

including Zachary Johnson, Dion Rajewski, and Steven Miles.[2]



35.     The outnumbered law enforcement officers moved behind a waist high black metal

fence and attempted to reform a police line to stop the crowd from advancing. Rae and the other

members of the crowd moved forward and briefly stopped at the waist-high black metal fence that

had been bolted into the ground. Law enforcement officers commanded the members of the crowd

to stop advancing on the Capitol and disperse.

---

[2] Johnson, Rajewski, and Miles have all been charged separately for their participation in the
January 6 riot. Johnson has pled guilty to Assaulting a Federal Officer Using a Dangerous Weapon
in violation of 18 U.S.C. § 111(a)(1) and (b) and has been sentenced to forty-two (42) months of
imprisonment. *United States v. Johnson*, No. 22-cr-11-RJL-1. Rajewski has been charged with
Interfering with Law Enforcement During a Civil Disorder in violation of 18 U.S.C. § 231 and
associated misdemeanors, including Entering and Remaining in a Restricted Building or Grounds
with a Deadly and Dangerous Weapon in violation of 18 U.S.C. § 1752(a)(1) and (b)(1)(A). *United
States v. Rajewksi*, No. 22-cr-11-RJL-2. Miles has pled guilty to Assaulting a Federal Officer in
violation of 18 U.S.C. § 111(a)(1) and has been sentenced to twenty-four (24) months of
incarceration. *United States v. Miles*, No. 22-cr-136-JMC-1.

36.    At approximately 12:55 p.m., with officers on the other side of the fence, Nordean, Biggs, and other rioters grabbed the black metal fence and began shaking it.

37.    During this time, Rae was positioned approximately 10-15 feet north of Nordean and Biggs, i.e., to their left as they faced the officers. Rae looked over to his right at Nordean, Biggs, and others; noticing what they were doing, he began to rock and shake the fence panel located directly in front of him.



38.    By rocking the fence back and forth, Rae broke the section of fence in front of him loose from its posts. The crowd, including Rae, was ultimately successful in tearing the fence to the ground, allowing them to advance on the police line toward the Capitol building. Rae moved to his right and trampled another section of fence as he advanced into the West Plaza of the Capitol toward law enforcement officers, who were forced to retreat.



39.     Rae defied officers' commands to disperse. Rae continued into the West Plaza of the Capitol and stayed in close proximity to Nordean and Biggs. Rae was among the first wave of rioters into the West Plaza.

40.     As Rae approached a line of law enforcement officers, he waved other rioters forward to join him at the line, stating "Push forward, guys! Push forward!"



41.     While on the West Plaza, Rae filmed his surroundings on his cell phone, including members of the crowd calling police "traitors" and "fucking pigs" and chanting "we want in." As he was filming, Rae stated, in part, "All I want to do is be violent and have Trump as my president."

42.     From his position near the front of the crowd, Rae saw rioters assault law enforcement using chemical spray and hand-to-hand violence. Law enforcement eventually deployed less-than-lethal tactics to repel members of the crowd.

43.     At approximately 1:21 p.m, Rae, Nordean, Biggs, and others moved away from the police line and began to regroup on the west lawn of the Capitol.

44.     While standing on the west lawn of the Capitol at approximately 1:28 p.m., Rae appeared in a selfie-style video filmed by Joe Biggs. The following statements were captured in this video:

Biggs:          So, we just stormed the fucking Capitol!  Took the motherfucking place back.  [laughter]  That was so much fun!  Woo!

Individual 1:   So much America!  So much America!

Rae:            We have war boners!

Biggs:          January 6 will be a day in infamy!



45.     At approximately 1:44 p.m., Rae began to move back toward the Capitol building with Nordean, Biggs and the other men from Biggs' selfie-style video. The group again formed a stack formation and moved forward through the crowd to an area at the base of a set of concrete stairs that led to the Upper West Terrace. The image below shows the group near the base of the concrete stairs. Rae is circled in yellow.



46.     In the area at the base of the concrete stairs, Rae joined dozens of other Proud Boys who had marched to the Capitol behind Nordean and Biggs. The nearby concrete stairs led to the Upper West Terrace, which abutted the Capitol building and many doors and entrances to that building. A small group of outnumbered officers guarded the entrance to the stairs. Scott, the Proud

Boy who had marched with Rae and the other Proud Boys to the Capitol, initiated a push by shoving two officers and pushing them up the stairs. Almost instantaneously thereafter, the crowd overwhelmed the officers and pushed up the scaffolding.

47.     Rae, Jackman, and others climbed up the stairs and underneath the scaffolding. However, law enforcement began to deploy less-than-lethal tactics against the rioters who were under the scaffolding, and Rae and Jackman descended the stairs.

48.     Rae and Jackman backed away from the scaffolding area. They reunited with Nordean, Biggs, Nordean, N. Tuck and K. Tuck on the lawn just north of the concrete stairs and scaffolding. From that position, they watched as the crowd eventually overwhelmed the line of officers and surged through the scaffolding and up the concrete stairs toward the Capitol building.

49.     Upon seeing the crowd advance toward the building, Rae and Biggs rushed back to the concrete stairs in an attempt to advance to the Capitol.

50.     At approximately 2:10 p.m., Rae climbed a concrete wall to join other rioters who were advancing toward the Capitol building on the concrete stairs. In the image below, Rae can be seen looking on as Biggs climbs up the exterior of the wall.



51.     Biggs and Rae advanced up the staircase together to the Upper West Terrace near the Senate Wing Door of the Capitol.

52.     By approximately 2:13 p.m., the windows to the left and right of the Senate Wing Door had been shattered. Glass littered the ground both outside and inside the Capitol. The Senate Wing Door had been forced open, and a high-pitched alarm was ringing in the doorway. Vice President Pence was moved out of the Senate Chamber by members of his Secret Service detail. Within minutes of the rioters' entry into the building, the certification proceedings in the Senate were put into recess. The certification proceedings in the House continued until approximately 2:29 p.m. when the House was also put into recess.

53.     Rae filmed his entrance into the Capitol through the Senate Wing Door approximately one minute after the door was initially opened. In his cell phone video, Rae can be seen facing the camera, selfie-style, outside the building; a few seconds later, the camera turns around to film rioters climbing in through broken windows. Rae entered through the open door,

filming shattered glass on his way in. As Rae entered the building, other rioters were chanting "Our House!" and a loud chirping alarm was sounding in the doorway. Once inside, Rae continued to film the chaos. Rae stated, "This is insane. Let's go find Nancy Pelosi! Let's go find Pelosi!" Another rioter warned that there was "tear gas" being used in the building.

54.     Video from Closed Circuit Cameras inside the building also captured Rae's entrance into the Capitol with Biggs, as shown in the still capture below.



55.     Rae continued to film on his phone as he entered a small canteen close to the Senate Wing Door and encouraged other rioters to take drinks from it, stating "Hey, help yourselves, guys. It's on the house. Help yourselves!" Rae took a bottle of water.

56.     Rae and Biggs advanced further into the building as they moved from the west side to the east side of the Senate wing. As Rae and Biggs approached a line of law enforcement officers, Rae repeatedly exclaimed, "they're arresting people." Rae continued filming as he and Biggs proceeded through corridors on the Senate side of the building, then exited the building

through the Senate Carriage Door on the east side of the building at approximately 2:17 p.m., a few minutes after their initial entry.

57.     Shortly before 2:40 p.m., Rae and Biggs regrouped with Jackman and Proud Boys Kevin Tuck and Eddie George, Jr. on the east side of the Capitol. The group posed for selfie photographs, including the one seen below.



58.     Officers on the east side of the building attempted to stop the crowd from breaching the building near the Columbus Doors. The rioters eventually overwhelmed the officers at the doors.

59.     At approximately 2:40 p.m., Rae pushed into the Capitol building a second time through the Rotunda Door on the East side of the building, following behind Biggs, George, Jackman, and Kevin Tuck.

60.     Rae became separated from Biggs, George, Jackman, and Kevin Tuck after entering the building. Rae walked toward the Rotunda and quickly met up with Nordean. Nordean and Rae then joined Proud Boys members Nicholas Ochs and Nicholas DeCarlo, who had entered the

building separately. Rae entered the Rotunda with Nordean, Ochs, and DeCarlo; and Rae and Nordean then reunited with Nathaniel Tuck.

61.     Rae remained in the Rotunda with Nordean and Nathaniel Tuck until approximately 3:10 p.m. While in the Rotunda, Rae observed rioters berating police officers while they attempted to control the flow of the crowd in the Rotunda.



62.     Rae exited the building at approximately 3:12 p.m. through the Rotunda door, as Nordean followed him with his hand on Rae's shoulder.



63.     After exiting the building, Rae and Nordean reunited with other Proud Boys on the lawn of the Capitol. Rae posed for a photograph on Capitol grounds with Biggs, Nordean, Jackman, both Tucks, and George. In the photograph, below, Rae can be seen holding an American flag that George and Jackman had stolen from a corridor near the Senate Gallery.



### *Elements of the Offenses*

64.     The parties agree that Interfering with Law Enforcement During a Civil Disorder, 18 U.S.C. § 231(a)(3), requires the following elements:

    a.  First, the defendant knowingly committed an act with the intended purpose of obstructing, impeding, or interfering with one or more law enforcement officers.

    b.  Second, at the time of the defendant's act, the law enforcement officers were engaged in the lawful performance of their official duties incident to and during a civil disorder.

    c.  Third, the civil disorder in any way or degree obstructed, delayed, or adversely affected commerce or the movement of any article or commodity in commerce, or the conduct or performance of any federally protected function.

65.     The parties agree that Entering or Remaining in a Restricted Building or Grounds, 18 U.S.C. § 1752(a)(1), requires the following elements:

    d.  First, the defendant entered or remained in a restricted building or grounds without lawful authority to do so.

    e.  Second, the defendant did so knowingly.

### *Defendant's Acknowledgements*

66.     The defendant knowingly and voluntarily admits to all the elements as set forth above.

67.     Specifically, the defendant admits that he knowingly committed an act with the intended purpose of obstructing, impeding, and interfering with one or more law enforcement officers by pulling down a black metal fence. The defendant further admits that, at the time of his act, the law enforcement officers were engaged in the lawful performance of their official duties

incident to and during a civil disorder. The defendant further admits that the civil disorder obstructed, delayed, and adversely affected commerce or the movement of any article or commodity in commerce, and the conduct or performance of any federally protected function.

68.     Additionally, the defendant admits that he entered and remained in the restricted building and grounds of the United States Capitol without lawful authority to do so, and that he did so knowingly.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     /s/ *Jason McCullough*
        JASON B.A. MCCULLOUGH
        DC Bar No. 998006; NY Bar No. 4544953
        ALEXIS J. LOEB
        CA Bar No. 269895
        MONIKA (ISIA) JASIEWICZ
        DC Bar No. 1024941
        Assistant United States Attorneys
        601 D Street NW
        Washington, DC 20530
        (202) 252-7233
        jason.mccullough2@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, Paul Rae, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 7/24/24

Paul Rae
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 7/24/2024

Samuel Moore
Attorney for Defendant

Page **23** of **23**