UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | : |
| | : |
| v. | :  Case No. 1:21-cr-00378-TJK-2 |
| | : |
| Paul Rae, | : |
|         *Defendant*. | : |

**DEFENDANT PAUL RAE'S UNOPPOSED
MOTION TO TEMPORARILY MODIFY A CONDITION OF RELEASE**

COMES NOW the Defendant, Paul Rae, through counsel, and respectfully moves this Court to temporarily modify a condition of his release to permit Mr. Rae to travel on a brief work trip in Austin, Texas from September 13, 2024, to September 15, 2024. In support of this Motion, Mr. Rae states the following:

**Background and Argument**

The Government charged Mr. Rae, by Criminal Complaint, based on charges related to January 6, 2021. (ECF No. 1.) Following Mr. Rae's original charges, he was released, and the Court ordered Conditions of Release. (ECF No. 12.) In the Third Superseding Indictment, the Government charged Mr. Rae with, among other offenses, entering and remaining in a restricted area, in violation of 18 U.S.C. § 1752(a)(1) (Count Two), and civil disorder, in violation of 18 U.S.C. § 231(a)(3). (ECF No. 181.) On August 28, 2024, Mr. Rae pleaded guilty to both counts. (ECF No. 204.)

Relevant to this request, Paragraph 7(f) of Mr. Rae's Conditions of Release permits the Defendant to request permission directly from pretrial services to travel outside the Middle District of Florida. (ECF No. 12.) Paragraph 7(p)(ii) imposes home detention on Mr. Rae, which restricts him to his residence at all times except for employment; education; religious

services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer.  These conditions were subsequently amended, allowing Mr. Rae to travel across the entire state of Florida before seeking permission from Pretrial Supervision, and releasing him from his home confinement restriction.  (ECF No. 122.)

Mr. Rae is trying to plan a brief work trip to Austin, Texas between September 13, 2024, and September 15, 2024. Pretrial Services has no objection to Mr. Rae's planned travel to Texas, but otherwise defers to the Court's discretion regarding this request.

Mr. Rae respectfully requests that the Court temporarily modify his Conditions of Release to permit him to travel to Austin, Texas during these dates.  All other conditions of his release would remain the same.

Granting this temporary modification would not jeopardize Mr. Rae's release. Mr. Rae has been compliant his Conditions of Release thus far and he will continue to abide by the Court's order.

Counsel has consulted with Mr. Rae's Florida Pretrial Supervision Officer and with the Government, and neither party opposes this Motion.

## Conclusion

For the foregoing reasons, Defendant respectfully requests that this Court grant this unopposed motion to modify his release conditions to permit him to travel to Austin, Texas between September 13, 2024, and September 15, 2024.

Date: September 5, 2024                    Respectfully submitted,

                                                       Paul Rae
                                                      By Counsel

/s/ *Samuel C. Moore*
Samuel C. Moore
Moore, Christoff & Siddiqui, PLLC
526 King Street, Suite 506
Alexandria, Virginia 22314
Phone: (703) 535-7809
Fax: (571) 223-5234
scmoore@moorechristoff.com
*Counsel for Paul Rae*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant's Motion to Modify Conditions of Release was served upon counsel of record through ECF on the date of filing.

/s/ *Samuel C. Moore*
Samuel C. Moore
Moore, Christoff & Siddiqui, PLLC
526 King Street, Suite 506
Alexandria, Virginia 22314
Phone: (703) 535-7809
Fax: (571) 223-5234
scmoore@moorechristoff.com
*Counsel for Paul Rae*

3