### UNITED STATES DISTRICT COURT DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America : | |
| : | |
| v.   : | Case No. 1:21-CR-00378 (TJK) |
| : | |
| Paul Rae : | |
| *Defendant*.   : | |

### DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING

Defendant Paul Rae, through counsel, respectfully requests that this Court vacate or continue the currently scheduled sentencing date for good cause shown. He respectfully requests that this Court vacate the sentencing hearing currently scheduled for December 4, 2024, until after the holidays, which will allow for smooth travel and coordination related to the sentencing hearing and any possible incarceration that the Court may impose.

Additionally, the additional time will allow Counsel for Defendant to continue collecting relevant and possibly mitigating information on Mr. Rae's behalf.  This has been more difficult over the last couple of months due to the hurricanes that impacted Mr. Rae's home and employment in Florida, his work obligations, and his family planning in anticipation of sentencing.  For these reasons, he also requests that the deadline for materials in support of sentencing be set for one week before the new sentencing hearing.

The Government opposes the relief requested in this motion.

Wherefore, Defendant Paul Rae respectfully requests that the Court vacate the currently scheduled sentencing hearing on December 4, 2024, set a sentencing date at least one month after the currently scheduled hearing to allow time for Counsel to continue preparing for sentencing, and reset deadlines for materials in support of sentencing for one week prior to that date.

Date:   November 8, 2024                                                                      Respectfully submitted,

                                                                                                          Paul Rae
                                                                                                          *By counsel*

/s/ *Samuel C. Moore*
Samuel C. Moore
Moore, Christoff & Siddiqui, PLLC
526 King Street, Suite 506
Alexandria, Virginia 22314
(703) 535-7809
Fax: (571) 223-5234
scmoore@moorechristoff.com
*Counsel for Paul Rae*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of Defendant Paul Rae's Motion to Continue was served upon Government counsel of record through ECF on the date of filing.

/s/ *Samuel C. Moore*
Samuel C. Moore
Moore, Christoff & Siddiqui, PLLC
526 King Street, Suite 506
Alexandria, Virginia 22314
(703) 535-7809
Fax: (571) 223-5234
scmoore@moorechristoff.com
*Counsel for Paul Rae*